IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DAVID PAGE,** **PLAINTIFF**
**ADC #143815**

v.   Case No. 5:15-cv-00081 KGB/JTK

**DAVID RUH,** *et al.* **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that this case be, and it is hereby, dismissed without prejudice. The relief sought is denied.

SO ADJUDGED this the 30th day of November, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE